# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Matthew Alwan Shelton            Docket No. 5:07-CR-335-1BO

### Petition for Action on Supervised Release

COMES NOW Michael C. Brittain, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Matthew Alwan Shelton, who, upon an earlier plea of guilty to Manufacturing Counterfeit U.S. Currency in violation of 18 U.S.C. § 471, Possession of Counterfeit U.S. Currency in violation of 18 U.S.C. § 472, and Felon in Possession of Firearms in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 30, 2008, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall pay a special assessment in the amount of $300.00

Matthew Alwan Shelton was released from custody on November 4, 2011, at which time the term of supervised release commenced in the Eastern District of New York.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Shelton has been offered numerous vocational training programs and employment workshops while being supervised in the Eastern District of New York. These programs have been free of charge or paid for by other sources. He has failed to complete several of the programs but to his credit he has earned a certification in basic carpentry, plumbing, and electrical wiring. Mr. Shelton has informed the probation officer that he prefers to obtain money through public assistance benefits rather than seeking employment. The probation officer in the Eastern District of New York, Jaquita Mitchell, has requested that Mr. Shelton complete 20 hours of community service per week during any period of time that he does not maintain full time employment, or is involved in a full-time job training or vocational program, or a combination of both, as directed by the Probation Officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Matthew Alwan Shelton
Docket No. 5:07-CR-335-1BO
Petition For Action
Page 2

 

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 20 hours of community service per week during any period of that he does not maintain full time employment, or is involved in a full time job training or vocational program, or a combination of both, as directed by the Probation Officer.

   Except as herein modified, the judgment shall remain in full force and effect.

       I declare under penalty of perjury that the foregoing is true and correct.

       /s/ Michael C. Brittian
       Michael C. Brittain
       Senior U.S. Probation Officer
       310 New Bern Avenue, Room 610
       Raleigh, NC 27601-1441
       Phone: 919-861-8674
       Executed On: August 1, 2012

## ORDER OF COURT

Considered and ordered this __3__ day of __August__, 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge