# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Matthew Alwan Shelton          Docket No. 5:07-CR-335-1BO

### Petition for Action on Supervised Release

COMES NOW Michael C. Brittain, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Matthew Alwan Shelton, who, upon an earlier plea of guilty to Manufacturing Counterfeit U.S. Currency in violation of 18 U.S.C. § 471, Possession of Counterfeit U.S. Currency in violation of 18 U.S.C. § 472, and Felon in Possession of Firearms in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 30, 2008, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall pay a special assessment in the amount of $300.00

Matthew Alwan Shelton was released from custody on November 4, 2011, at which time the term of supervised release commenced in the Eastern District of New York.

On August 6, 2012, Shelton's supervision was modified by the court to include the following special condition:

1. The defendant shall perform 20 hours of community service per week during any period of that he does not maintain full time employment, or is involved in a full time job training or vocational program, or a combination of both, as directed by the Probation Officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Shelton continues to be supervised in the Eastern District of New York. The following violations have been reported. On April 25, 2014, efforts were made to collect a urine sample from the defendant. Upon collection of the sample, the male officer observed that the defendant was using a prosthetic penis to submit the urine sample. Shelton was confronted, searched and the prosthesis

Matthew Alwan Shelton
Docket No. 5:07-CR-335-1BO
Petition For Action
Page 2

was observed. It was removed and Shelton was instructed to submit another urine screen. During questioning the defendant admitted to using marijuana and attempting to evade drug testing because of a relapse by smoking marijuana. The second specimen was positive for marijuana and methamphetamine. Shelton was placed in substance abuse treatment and currently attends treatment twice weekly. In addition, Shelton failed to complete 20 hours of community service during a period of unemployment as directed by his probation officer. This incident occurred during March 2014. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 120 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittian
Michael C. Brittain
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8674
Executed On: June 10, 2014

Matthew Alwan Shelton
Docket No. 5:07-CR-335-1BO
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this __11__ day of __June__, 2014, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge