# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Matthew Alwan Shelton                               Docket No. 5:07-CR-335-1BO

### Petition for Action on Supervised Release

    COMES NOW Michael C. Brittain, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Matthew Alwan Shelton, who, upon an earlier plea of guilty to Manufacturing Counterfeit U.S. Currency in violation of 18 U.S.C. § 471, Possession of Counterfeit U.S. Currency in violation of 18 U.S.C. § 472, and Felon in Possession of Firearms in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 30, 2008, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall pay a special assessment in the amount of $300.00

    Matthew Alwan Shelton was released from custody on November 4, 2011, at which time the term of supervised release commenced in the Eastern District of New York.

    On August 6, 2012, Shelton's supervision was modified by the court to include the following special condition:

1. The defendant shall perform 20 hours of community service per week during any period of that he does not maintain full time employment, or is involved in a full time job training or vocational program, or a combination of both, as directed by the Probation Officer.

    On June 11, 2014, Shelton's supervision was modified by the court to include the following special conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Matthew Alwan Shelton
Docket No. 5:07-CR-335-1BO
Petition For Action
Page 2

2. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 120 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Shelton continues to be supervised in the Eastern District of New York. The following violations have been reported. On July 1, and July 19, 2014, the offender violated his home confinement condition by calling out from work but leaving his residence to run errands without the approval of his probation officer. On July 26, 2014, he failed to report for work again and instead attended a Sneaker Show at the convention center. The subject was terminated from his employment due to poor work performance on August 1, 2014. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed the remaining term of supervision which expires on November 3, 2014. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Matthew Alwan Shelton
Docket No. 5:07-CR-335-1BO
Petition For Action
Page 3

I declare under penalty of perjury that the
foregoing is true and correct.

/s/Michael C. Brittian
Michael C. Brittain
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8674
Executed On: October 14, 2014

## ORDER OF COURT

Considered and ordered this __15__ day of __October__, 2014, and ordered, filed and made a part of the records in the above case.

__Terrence Boyle__
Terrence W. Boyle
U.S. District Judge